

80 Exchange Street | P.O. Box 5250 | Binghamton NY 13902-5250 | www.hhk.com

DAWN J. LANOUETTE
Partner
dlanouette@hhk.com
P: (607) 231-6917
F: (607) 723-6605

February 20, 2025

Honorable Miroslav Lovric
United States Magistrate Court Judge
Northern District of New York
Via Electronic Filing

    Re:    Al-Shimary v. SUNY Binghamton et al.
           Index No.: 3:22-cv-01282-TJM-ML

Dear Judge Lovric:

    I write on behalf of the parties to jointly request a 45-day extension of the discovery deadline that expires tomorrow to April 2, 2025.

    The parties spent significant time and effort engaging in mediation. Unfortunately, this mediation was not successful. Counsel for the Defendant has had a very heavy trial schedule that necessitated moving depositions and has made getting discovery responses out difficult. Plaintiff's counsel was unexpectedly out of work due to a medical emergency which has been resolved. We submit that these circumstances are the type of good cause the court contemplated in its prior orders. The delay in making this request was caused by our efforts to complete as much discovery as possible to avoid having to make this request.

    Currently, the depositions of Defendant witnesses are scheduled for tomorrow and next week. Defendant responded to Plaintiff's discovery demands this week. They are still attempting to locate several documents. The extension will allow the parties to finish the depositions of Defendants' witnesses and exchange any necessary documents, as well as complete any follow up discovery caused by the depositions. I anticipate serving such demands after each deposition, without waiting for the transcripts to come back.

    Without this extension, I am concerned that my client will be prejudiced in prosecuting his claim. Counsel can provide further details of the reasons for delay should the court require them.

    Thank you for your consideration.

                        Very truly yours,

                        HINMAN, HOWARD & KATTELL, LLP

                        By:    /s/ Dawn J. Lanouette