

80 Exchange Street | P.O. Box 5250 | Binghamton NY 13902-5250 | www.hhk.com

DAWN J. LANOUETTE
Partner
dlanouette@hhk.com
P: (607) 231-6917
F: (607) 723-6605

June 20, 2025

Honorable Miroslav Lovric
United States Magistrate Court Judge
Northern District of New York
Via Electronic Filing

    Re:    Al-Shimary v. SUNY Binghamton et al.
             Index No.:  3:22-cv-01282-TJM-ML

Dear Judge Lovric:

    Defendants have a filed a summary judgment motion with a response currently due on June 27 and reply due on July 7.  Counsel have discussed the motion, and Defendants' counsel consents to our request to extend the motion dates as follows:

- Plaintiff's Response to Motion due by August 14, 2025.
- Defendant's Reply due by September 4, 2025.

    The reason for the request is Plaintiff's counsel's workload, and an upcoming surgery as well as the extensiveness of the motion papers.

    We request the Court "So Order" this extension.  Thank you for your consideration.

    Very truly yours,

    HINMAN, HOWARD & KATTELL, LLP

    By:
        Dawn J. Lanouette

Cc:  Amanda Kuryluk (via electronic filing)

So Ordered:

_____